**No. 10-6045. Armando Rivera, Petitioner v. Ohio.**

562 U.S. 970, 131 S. Ct. 478, 178 L. Ed. 2d 303, 2010 U.S. LEXIS 8108.

October 12, 2010. Petition for writ of certiorari to the Court of Appeals of Ohio, Butler County, denied.

**No. 10-6049. Edward Charles Nocero, Petitioner v. Arizona.**

562 U.S. 970, 131 S. Ct. 478, 178 L. Ed. 2d 303, 2010 U.S. LEXIS 7969.

October 12, 2010. Petition for writ of certiorari to the Court of Appeals of Arizona, Division Two, denied.

Same case below, 223 Ariz. 222, 221 P.3d 1036.

**No. 10-6050. Anthony Reynolds, Petitioner v. Illinois.**

562 U.S. 970, 131 S. Ct. 479, 178 L. Ed. 2d 303, 2010 U.S. LEXIS 8080.

October 12, 2010. Petition for writ of certiorari to the Appellate Court of Illinois, First District, denied.

Same case below, 396 Ill. App. 3d 1128, 379 Ill. Dec. 372, 6 N.E.3d 449.

**No. 10-6051. Lorenzo Tarver, Petitioner v. Mississippi.**

562 U.S. 970, 131 S. Ct. 479, 178 L. Ed. 2d 303, 2010 U.S. LEXIS 7979.

October 12, 2010. Petition for writ of certiorari to the Supreme Court of Mississippi denied.

**No. 10-6069. Bobby Macomber, Petitioner v. Hawaii, et al.**

562 U.S. 970, 131 S. Ct. 479, 178 L. Ed. 2d 303, 2010 U.S. LEXIS 8104.

October 12, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-6070. Marvel Jones, Petitioner v. Nebraska.**

562 U.S. 970, 131 S. Ct. 479, 178 L. Ed. 2d 303, 2010 U.S. LEXIS 7938.

October 12, 2010. Petition for writ of certiorari to the Court of Appeals of Nebraska denied.

**No. 10-6073. Fredy O. Villanueva-Moran, Petitioner v. Eric H. Holder, Jr., Attorney General.**

562 U.S. 970, 131 S. Ct. 479, 178 L. Ed. 2d 303, 2010 U.S. LEXIS 7980,

October 12, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-6074. Edgar Wayne, Petitioner v. Dave Gundy, Warden.**

562 U.S. 970, 131 S. Ct. 479, 178 L. Ed. 2d 303, 2010 U.S. LEXIS 7968.

October 12, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.